GREGORY M. FINCH (SBN 091237)
Signature Law Group, LLP
3400 Bradshaw Rd., Ste. A-4A
Sacramento, CA 95827
Telephone:  (916) 856-5800
Facsimile:   (916) 880-5255
gfinch@signaturelawgroup.com

Attorney for
Otashe Golden, M.D.;
The California Primary Care Medical Group, Inc.
The California Hospitalist Physicians, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.; THE CALIFORNIA PRIMARY CARE MEDICAL GROUP, INC. and THE CALIFORNIA HOSPITALIST PHYSICIANS, INC,<br><br>Plaintiffs<br>vs.<br><br>DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI, an individual; DIEGO FERRO, M.D. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   2:12-cv-00751-LKK-EFB<br><br>JOINT STIPULATED REQUEST AND ORDER ALLOWING FILING OF AMENDED COMPLAINT AND SETTING TIME TO FILE RESPONSES TO AMENDED COMPLAINT |

Plaintiffs Otashe Golden, M.D., The California Primary Care Medical Group, Inc. and The California Hospitalist Physicians, Inc, and Defendants Dameron Hospital Association, a California Non-Profit Association; Nicholas Arismendi, an individual; Diego Ferro, M.D. through their respective counsel, hereby submit the following Stipulation and Proposed Order allowing filing of an Amended Complaint, establishing the method of service, and setting time to File Responses to Amended Complaint.

1.     Defendant Dameron Hospital Association was served on or about March 27, 2012; and, prior to this stipulation, required responsive pleadings to be filed on or about April 16, 2012.  The parties dispute the adequacy of service on Defendants Nicholas Arismendi and Diego Ferro, M.D.  Counsel for plaintiff will complete service on Defendants Dameron Hospital Association, Nicholas Arismendi and

Diego Ferro, M.D. via Notice and Acknowledgment of Receipt on or before April 20, 2012. Counsel for Defendants Dameron Hospital Association, Nicholas Arismendi and Diego Ferro M.D., will accept service of the proposed Amended Complaint on behalf of Nicholas Arismendi and Diego Ferro M.D. via such substituted method of service. In the event that counter-claims are filed in this action, plaintiffs will accept service via the same method.

    2. Defendants have brought to Plaintiffs' attention deficiencies within Plaintiffs' complaint filed in this matter and have agreed to allow Plaintiffs to amend their complaint, via filing of an Amended Complaint, in order to cure any deficiencies of merit prior to defendants filing a responsive pleading or other matters.

    3. Defendants Dameron Hospital Association, Nicholas Arismendi and Diego Ferro M.D. will also forebear from filing a planned motion to compel arbitration and to stay this action until after plaintiffs have filed the proposed First Amended Complaint.

    4. Therefore, all parties agree and request that the Court order the following:

        a. Plaintiffs shall file and served upon all Defendants an Amended Complaint no later than April 20, 2012.

        b. Defendants shall file any responses to the amended complaint no later than May 4, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL.

| | | |
|---|---|---|
| 1 | DATED:  April 12, 2012 | SIGNATURE LAW GROUP |

By:  /s/ *Gregory M. Finch*
GREGORY M. FINCH
Attorney for Plaintiffs
Otashe Golden, M.D.;
The California Primary Care Medical Group, Inc.
The California Hospitalist Physicians, Inc.

DATED:  April 12, 2012         REDIGER, MCHUGH & OWENSBY, LLP

By:  /s/ *Jeffery Owensby*
JEFFERY OWENSBY
Attorney for Defendants
Dameron Hospital Association
Nicholas Arismendi

DATED:  April 12, 2012         CASSEL MALM FAGUNDES

By:  /s/ *Scott Malm*
SCOTT MALM
Attorneys for Defendant
Diego Ferro, M.D

Stipulated Request for Filiing Amended Complaint

**ORDER**

This matter came before the Court on the parties' Stipulation to allowing filing of an Amended Complaint and setting time to File Responses to Amended Complaint. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall file and served upon all Defendants an Amend Complaint no later than April 20, 2012 and Defendants shall file any responses to the amended complaint no later than May 4, 2012.

.

IT IS SO ORDERED.


DATED:  April 19, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT