Scott Malm, Esq. #84198
CASSEL MALM FAGUNDES
6 El Dorado South, Suite 315
Stockton, CA 95202
Telephone: (209) 870-7900
Fax: (209) 870-7922

Attorneys for Defendant
DIEGO FERRO, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.; THE CALIFORNIA PRIMARY CARE MEDICAL GROUP, INC., and THE CALIFORNIA HOSPITALIST PHYSICIANS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI, an individual; DIEGO FERRO. MD., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:12-CV-00751-LKK-EFB<br><br>**REPLY OF DEFENDANT, DIEGO FERRO, M.D. IN SUPPORT OF DEFENDANT'S JOINT MOTION TO STAY ACTION AND TO COMPEL ARBITRATION**<br><br>Date: June 18, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4<br>District Judge Lawrence K. Karlton<br><br>Complaint filed: March 23, 2012 |

Plaintiffs concede to binding arbitration of all of the claims being brought against Defendant FERRO: (breach of contract; breach of the covenant of good faith and fair dealing, and fraud).

Defendant FERRO considers the concession to be the procedural equivalent of a stipulation or a statement of non-opposition to defendants' joint motion to compel arbitration, at least as to the claims against him.

Defendant FERRO concurs in the policy arguments asserted by Co-Defendants that the Federal Arbitration Act favors a broad interpretation and application of arbitration provisions found

1

in the parties' contracts, and that judicial economy and efficiency are promoted by the court staying any claims it finds are not subject to arbitration.

Defendant FERRO joins in the request of Co-Defendants that the court enter an order staying the instant action and compelling arbitration, and that in the event the court deems some claims not arbitrable, such claims be stayed pending the outcome the arbitration.

Dated: June 11, 2012

CASSEL MALM FAGUNDES

By: _____
Scott Malm
Attorneys for Defendant
DIEGO FERRO, M.D.

CASSEL MALM FAGUNDES
6 S. El Dorado St., Suite 315
Stockton, CA 95202
(209) 870-7900

REPLY OF DEFENDANT, DIEGO FERRO, M.D. IN SUPPORT OF DEFENDANT'S JOINT MOTION TO STAY ACTION AND TO COMPEL ARBITRATION

00096785.WPD