UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTASHE GOLDEN, M.D.; THE CALIFORNIA PRIMARY CARE MEDICAL GROUP, INC. and THE CALIFORNIA HOSPITALIST PHYSICIANS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association; NICHOLAS ARISMENDI, an individual; DIEGO FERRO, M.D. and DOES 1-10, inclusive, <br><br> Defendants. | No.  CIV. S-12-0751 LKK/EFB <br><br> **ORDER** |

On September 19, 2012, this court ordered several claims in this lawsuit into arbitration. ECF No. 26 at 24-25. In addition, the court ordered this action stayed "pending resolution of the arbitration." Id. Some of the claims sent to arbitration were brought solely by plaintiff Otashe Golden, while others were brought by two companies owned and/or controlled by Golden, namely, plaintiff California Primary Care Medical Group

1

("CPC") and plaintiff The California Hospitalist Physicians, Inc. ("CHP").[1]

Golden now moves to vacate the stay and to amend her complaint.[2] In support of her motion, Golden asserts that "[t]he arbitration process for which this matter was stayed has, effectively, been completed." Golden's Notice of Motion (ECF No. 28) at 2. However, the only factual support for the motion is a nearly indecipherable declaration of her attorney, Gregory M. Finch, which makes only one reference to the arbitration process, the meaning and relevance of which is not clear to the court.[3] In any event, the declaration does not assert that the arbitration has been resolved or otherwise terminated. See ECF No. 28-2.[4]

Accordingly the court orders as follows:

---

[1] According to the parties, both plaintiff companies have since filed for bankruptcy protection.

[2] The proposed amended complaint drops CPC and CHP as plaintiffs, leaving only Golden as plaintiff, drops Diego Ferro as a defendant, adds Sound Inpatient Physicians Medical Group, Inc. as a defendant, and drops the defamation claim. See ECF No. 28-1 (proposed amended complaint). Plaintiff's Notice of Motion (ECF No. 28) at 2. Diego Ferro has filed a Statement of Non-Opposition. The remaining defendants oppose the motion.

[3] "Defendant DAMERON HOSPITAL ASSOCIATION, file any action against all Plaintiffs in Sacramento Superior Court, Case No. 34-2012-00137579, for provisional remedies that were not subject to the Court Order Arbitration or the issues stayed by this Court's order dated September 21, 2012." ECF No. 28-2.

[4] The objecting defendants, meanwhile, have filed declarations indicating that the arbitration process is on-going, although discovery apparently is stayed "pending resolution of issues relating to the bankruptcy proceedings." See Declaration of Dan E. Heck (ECF No. 31) and Declaration of David L. Ditora (ECF No. 32).

1. Plaintiff's motion can be decided on the papers and without oral argument, and therefore the hearing on this motion scheduled for December 9, 2013, is **VACATED**;

2. Plaintiff's motion (ECF No. 28) is **DENIED**;

3. The parties shall promptly notify the court when the arbitration process has terminated.

IT IS SO ORDERED.

DATED: December 3, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT